**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA**

|  |  |
|---|---|
| v. | **CASE NO. 2:07-cr-173**<br>**JUDGE EDMUND A. SARGUS, JR.** |

**TONY L. PACE**

## O R D E R

In reference to the Sealed Judgment in a Criminal Case (Doc. No. 116) filed in
this case, the Court ORDERS that this document be UNSEALED.

**IT IS SO ORDERED.**

3-27-2014
_____
**DATE**

_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**